

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2019

No. 04-19-00166-CV

Bernardino **FRAUSTO,**
Appellant

v.

**RC INDUSTRIES LLC,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 17-09-00301CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On March 22, 2019, the district clerk filed a letter in this court stating the clerk's record has not been filed because appellant has not designated items to be included in the clerk's record and has not paid or made arrangements to pay the clerk's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court